

```
FILED
September 21, 2006
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0000568109
```

RUSSELL D. GREER
CHAPTER 13 STANDING TRUSTEE
P.O. BOX 3051
MODESTO, CA 95353-3051
(209) 576-1954

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

IN RE:

**ALMA R SALGADO**
2921 ALPHONSE DRIVE
CERES, CA 95307

CASE NO: 04-93443-A-13
CHAPTER 13
SSN #1  XXX-XX-4051
SSN #2

AKA:                                         AKA:

## FINAL REPORT AND ACCOUNT OF CHAPTER 13 TRUSTEE

This case was commenced on September 07, 2004
The Plan was confirmed on November 09, 2004

The Debtor has made all payments due under the Plan and Trustee has paid all claims pursuant to the Plan.

Trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt, and of all disbursements. Copies of these detailed records are available from Trustee. A summary of Trustee's detailed records follows.

SEE ATTACHMENT WHICH LISTS TOTAL RECEIPTS AND DISBURSEMENT DETAIL.

SUMMARY OF CLAIMS ALLOWED AND PAID:

|  | SECURED | PRIORITY | UNSECURED | SPECIAL |
|---|---|---|---|---|
| AMT ALLOWED | 600.00 | 0.00 | 17,232.04 | 0.00 |
| PRIN PAID | 600.00 | 0.00 | 17,232.04 | 0.00 |
| INT PAID | 21.18 | 0.00 | 558.25 | 0.00 |
|  | ATTORNEY | ADMIN | REFUNDS | TOTAL |
| AMT ALLOWED | 2,000.00 | 0.00 |  | 19,832.04 |
| PRIN PAID | 2,000.00 | 0.00 | 1,057.81 | 20,889.85 |
| INT PAID | 0.00 | 0.00 |  | 579.43 |

| COURT COSTS AND OTHER EXPENSES OF ADMINISTRATION | FILING FEE | NOTICING FEE | TRUSTEE'S FEES |
|---|---|---|---|
|  | 0.00 | 0.00 | 1,024.47 |

I, Russell D. Greer, Chapter 13 Standing Trustee, declare, under penalty of perjury, that the foregoing is true and correct. Pursuant to Federal Rules of Bankruptcy Procedure Rule 5009, I hereby certify that the estate of the above-named debtor(s) has/have been fully administered and request this case be closed if no objection is filed within 30 days by the United States Trustee or a party in interest. If, within 30 days, an objection stating with particularity the grounds therefore is filed with the Clerk of the Court and served on the Trustee by the United States Trustee or a party in interest, Russell D. Greer, Chapter 13 Standing Trustee, will set the matter for hearing by filing a notice of hearing with the Clerk of the Court and serving the notice on the objecting party at least ten days before the hearing date. If no objections have been filed and served within 30 days, the Court, without further notice, will enter a final decree closing the case, discharging the trustee, and exonerating the trustee's bond.

DATED:  09/20/2006                                           /s/ RUSSELL D. GREER

0054-1G-FINAL1G-00019790-463438                              RUSSELL D. GREER, TRUSTEE

Case 04-93443    Filed 09/21/06    Doc 24

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

IN RE:                                                              CASE NO: 04-93443-A-13
**ALMA R SALGADO**                                                  CHAPTER 13
SSN #1  XXX-XX-4051        SSN #2

## ATTACHMENT TO FINAL REPORT AND ACCOUNT OF CHAPTER 13 TRUSTEE

RECEIPTS: Amount paid to Trustee by or for Debtor(s) for the benefit of creditors.      22,493.75
DISBURSEMENTS TO CREDITORS:

| CREDITOR'S NAME ACCOUNT# | ALLOWED AMOUNT CLASS/CATEGORY | % TO BE PAID ALLOWED CLAIMS PER PLAN PRIN | INT | PAID PER PLAN PRIN | INT | BAL DUE |
|---|---|---|---|---|---|---|
| AMERICAN EXPRESS BANK 1001 | 1,684.49 Unsecured/GENERAL UNSECURED | 100.0000 | 2.0300 | 1,684.49 | 54.22 | 0.00 |
| AT&T WIRELESS 5744 | .00 Unsecured/GENERAL UNSECURED | 100.0000 | 2.0300 | 0.00 | 0.00 | 0.00 |
| BANK OF AMERICA NA 4024232002076563 | 4,285.32 Unsecured/GENERAL UNSECURED | 100.0000 | 2.0300 | 4,285.32 | 137.70 | 0.00 |
| CAPITAL ONE BANK 5178052365504964 | 452.25 Unsecured/GENERAL UNSECURED | 100.0000 | 2.0300 | 452.25 | 15.40 | 0.00 |
| CHILDRENS PLACE PLAN 8611 | .00 Unsecured/GENERAL UNSECURED | 100.0000 | 2.0300 | 0.00 | 0.00 | 0.00 |
| DAN NELSON, ESQ. | 2,000.00 Attorney/ATTORNEY OF RECORD | 100.0000 | 0.0000 | 2,000.00 | 0.00 | 0.00 |
| ALMA R SALGADO | Continuing Refund/REFUND AT CLOSING | 100.0000 | 0.0000 | 1,057.81 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORP 4688 | 4,260.26 Unsecured/GENERAL UNSECURED | 100.0000 | 2.0300 | 4,260.26 | 136.92 | 0.00 |
| ECAST SETTLEMENT CORP 4373 | 600.00 Secured/SECD DEBT PD IN PLAN | 100.0000 | 10.0000 | 600.00 | 21.18 | 0.00 |
| ECAST SETTLEMENT CORP 4373 | 1,344.25 Unsecured/GENERAL UNSECURED | 100.0000 | 2.0300 | 1,344.25 | 43.94 | 0.00 |
| ECAST SETTLEMENT CORP 8256 | 950.73 Unsecured/GENERAL UNSECURED | 100.0000 | 2.0300 | 950.73 | 31.30 | 0.00 |
| ECAST SETTLEMENT CORP 2995 | 358.51 Unsecured/GENERAL UNSECURED | 100.0000 | 2.0300 | 358.51 | 12.20 | 0.00 |
| MACYS 9770 | .00 Unsecured/GENERAL UNSECURED | 100.0000 | 2.0300 | 0.00 | 0.00 | 0.00 |
| RETAILERS NATIONAL BANK 2510 | 485.44 Unsecured/GENERAL UNSECURED | 100.0000 | 2.0300 | 485.44 | 16.40 | 0.00 |
| RETAILERS NATIONAL BANK 3090 | 204.57 Unsecured/GENERAL UNSECURED | 100.0000 | 2.0300 | 204.57 | 7.00 | 0.00 |
| SHERMAN ACQUISITION LP 2383 | 3,055.78 Unsecured/GENERAL UNSECURED | 100.0000 | 2.0300 | 3,055.78 | 98.17 | 0.00 |
| WELLS FARGO FINANCIAL | .00 Secured/SECD DEBT PD DIR | 100.0000 | 0.0000 | 0.00 | 0.00 | 0.00 |
| WORLD FINANCIAL NETWORK 6472 | 150.44 Unsecured/GENERAL UNSECURED | 100.0000 | 2.0300 | 150.44 | 5.00 | 0.00 |